ARTHUR F. SLOANE (BAR #109937)
ATTORNEY AT LAW
9747 BUSINESSPARK AVE.
SAN DIEGO, CA 92131
(858) 549-1350
E-Mail: arthursloane@sbcglobal.net

Attorney for Defendant,
Waleed Toma doing business as MG Liquor (erroneously sued as Mission Gorge Liquor)

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN COLLINS, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MISSION GORGE LIQUOR, METABANK, META PAYMENT SYSTEMS, WALEED TOMA, NATIONAL LINK INCORPORATED and DOES 1-8, inclusive,<br><br>　　　　　Defendants. | CASE NO. 3:11-cv-02345-L-DHB<br><br>NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT UNDER FRCP SECTIONS 12(b)1 AND 6 AND MOTION UNDER FRCP 12(e) BY DEFENDANT WALEED TOMA DOING BUSINESS AS MG LIQUOR (ERRONEOUSLY SUED AS MISSION GORGE LIQUOR)<br><br>[MEMORANDUM OF POINTS AND AUTHORITIES, DECLARATION OF WALEED TOMA and LODGEMENT OF EXHIBITS filed concurrently herewith]<br><br>DATE: April 2, 2013<br>TIME: 10:30 a.m.<br>COURTROOM: 5B<br>JUDGE:　HON. M. JAMES LORENZ |

**TO THE HONORABLE COURT AND TO ALL PARTIES:**

PLEASE TAKE NOTICE that on April 2, 2013 at 10:30 a.m., or as soon thereafter as this matter may be heard in the above-

1  entitled Court, in Courtroom 5B, located at 221 West
2  Broadway, San Diego, California 92101, Waleed Toma doing
3  business as MG Liquor (erroneously separately sued as
4  Mission Gorge Liquor) will move this Court to:
5  (A) DISMISS WITH PREJUDICE PLAINTIFF'S FIRST AMENDED
6  COMPLAINT UNDER FRCP SECTIONS 12(b)1 based on that Plaintiff
7  lacks standing and/or that this Court lacks subject matter
8  jurisdiction and/or that the matter is moot.
9  (B) DISMISS WITH PREJUDICE PLAINTIFF'S FIRST AMENDED
10 COMPLAINT UNDER FRCP SECTIONS 12(b)6 based on that
11 Plaintiff's First Amended Complaint lacks a cognizable legal
12 theory and sufficient facts to support a cognizable legal
13 theory and thus fails to state a claim upon which relief can
14 be granted.
15 (C) In the event the First Amended Complaint is not
16 dismissed with prejudice, UNDER FRCP 12(e) for a more
17 definite statement in order to have Plaintiff plead the date
18 of the alleged use of the ATM so Defendant will know if
19 Defendant even operated the ATM on the date of the alleged
20 use and then Defendant would be able to provide a complete
21 responsive pleading accordingly.
22
23 The motion is based upon the attached Memorandum of Points
24 and Authorities, Declaration of WALEED TOMA in Support of
25 the Motion for a More Definite Statement, Lodgement of
26 Exhibits, the complete files and records in this action, and
27 upon such oral and documentary evidence as may be allowed
28

- 2 -
NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST
AMENDED COMPLAINT UNDER FRCP SECTIONS 12(b)1 AND 6 AND
MOTION UNDER FRCP 12(e) BY DEFENDANT WALEED TOMA DOING
BUSINESS AS MG LIQUOR (ERRONEOUSLY SUED AS MISSION GORGE
LIQUOR)

in the hearing of this motion.

Date: 02/22/2013      s/Arthur Sloane
ARTHUR F. SLOANE (BAR #109937)
9747 BUSINESSPARK AVE.
SAN DIEGO, CA 92131
(858) 549-1350
E-Mail: arthursloane@sbcglobal.net

Attorney for Defendant, Waleed Toma
doing business as MG Liquor, (erroneously
sued as Mission Gorge Liquor)

- 3 -
NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT UNDER FRCP SECTIONS 12(b)1 AND 6 AND MOTION UNDER FRCP 12(e) BY DEFENDANT WALEED TOMA DOING BUSINESS AS MG LIQUOR (ERRONEOUSLY SUED AS MISSION GORGE LIQUOR)

**SERVICE**

I hereby certify that on February 22, 2013 a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Mark A. Golovach, Esq.
Coastal Pacific Legal Group
501 West Broadway
Suite 800
San Diego, CA 92101
Telephone (619) 400-4895
Facsimile  (619) 684-3601
E-mail: **markg@coastalpacificlegal.com**

Attorney for Ian Collins

                                         s/Arthur Sloane

                                         ArthurSloane(SBN 109937)
                                         9747 Businesspark Ave.
                                         San Diego, CA 92131
                                         (858) 549-1350
                                         **arthursloane@sbcglobal.net**

- 4 -
NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT UNDER FRCP SECTIONS 12(b)1 AND 6 AND MOTION UNDER FRCP 12(e) BY DEFENDANT WALEED TOMA DOING BUSINESS AS MG LIQUOR (ERRONEOUSLY SUED AS MISSION GORGE LIQUOR)